**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK**
_____

**IN RE: INJAH TAFARI,**                               1:12-mc-42
                                                                       (GLS)
             **Respondent.**
_____

# ORDER

On June 28, 2012, respondent InJah Tafari was enjoined from filing future cases in this District without permission from the Chief Judge. (*See* Dkt. No. 4.) Notwithstanding that Order, Tafari attempted to file a Petition, which included a declaration to proceed *in forma pauperis*, on July 18, 2012, that does not comply with the requirements of the injunction order. (*See* Dkt. No. 10.) As such, the Petition is dismissed.

**WHEREFORE**, for the foregoing reasons, it is hereby

**ORDERED** that the Clerk shall assign Tafari's Petition (Dkt. No. 10) a civil action number, **DISMISS** the Petition as non-compliant with the anti-filing injunction order and close the case; and it is further

**ORDERED** that the Clerk shall **REJECT** Tafari's Petition (Dkt. No. 10) as non-compliant with the anti-filing injunction order and return it to him; and it is further

**ORDERED** that the Clerk shall retain a copy of the Petition (Dkt. No. 10) in this case; and it is further

**ORDERED** that the Clerk shall provide a copy of this Order to Tafari.

**IT IS SO ORDERED.**

August 2, 2012
Albany, New York

*Gary L. Sharpe*
Gary L. Sharpe
Chief Judge
U.S. District Court